FILED'06 APR 28 12:46USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KARL D. CHROMY, | ) |
| | ) |
|        Plaintiff, | ) |
| | )   Civil No. 04-1771-HU |
|        v. | ) |
| | )   O R D E R |
| JO ANNE BARNHART, Commissioner of | ) |
| Social Security, | ) |
| | ) |
|        Defendant. | ) |
| _____ | ) |

Karl D. Chromy
6402 S. E. Tolman Street
Portland, Oregon  97206

       Pro Se Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

Page 1 - ORDER

Thomas M. Elsberry
Lucille G. Meis
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

  Attorneys for Defendant

KING, Judge:

  The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on March 20, 2006. Plaintiff filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel. This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated March 20, 2006 in its entirety.

  IT IS HEREBY ORDERED that the Commissioner's Motion to Dismiss for Lack of Subject Matter Jurisdiction (#7) is granted. This action is dismissed with prejudice.

  DATED this 27 day of April, 2006.

             _____
                GARR M. KING
                United States District Judge